U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FEB 26 2020

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Michael Hale

Crim. No. 18-cr-79-02-JL

### ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER Review Hearing. During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release. As a result, the court enters the following order:

_____  The defendant shall be detained until _____.
At the conclusion of incarceration, defendant shall be:

  _____  Brought before the undersigned judge.

  _____  Released on _____ at _____ am/pm.
                      (Date)              (Time)

_____  The defendant shall reside in Hampshire House for a period of _____ days/months to commence on _____, and shall observe the rules of that facility.

_____  The defendant shall be placed on home detention for _____ days/months, to commence on _____. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office. The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

__✓__ The defendant shall be subject to the following additional or modified conditions: _1 week phase setback_

_____

_____

_____

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

SO ORDERED.

Date: __2/26/20__                    _____
                                     Joseph N. Laplante
                                     United States District Judge

USDCNH-7 (11/11)

2